

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-13-00813-CV

In the Interest of **D.M.R.** and J.A.R.R., Minor Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 1975-CI-09563
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  February 19, 2014

DISMISSED

On January 21, 2014, the trial court clerk filed a notification of late record, stating that appellant had failed to pay or make arrangements to pay the fee for preparing the clerk's record. We, therefore, ordered appellant to provide written proof to this court by February 3, 2014, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of

this court). Appellant failed to respond. Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

PER CURIAM